UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JANE K. SWIBEL § Case No. 09-17653
§ Hon. PAMELA S. HOLLIS
§ Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $3,251.00 |
| Total Distributions to Claimants: | $27,108.77 | Claims Discharged Without Payment: | $103,902.12 |
| Total Expenses of Administration: | $7,891.23 | | |

3) Total gross receipts of $35,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $35,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $7,891.23 | $7,891.23 | $7,891.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $129,779.66 | $119,866.23 | $119,866.23 | $27,108.77 |
| **TOTAL DISBURSEMENTS** | $129,779.66 | $127,757.46 | $127,757.46 | $35,000.00 |

4) This case was originally filed under chapter 7 on 05/15/2009.
The case was pending for 7 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/23/2009                             By: /s/ ALLAN J. DeMARS
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| debtor's interest in marital property | 1290-000 | $35,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$35,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $4,250.00 | $4,250.00 | $4,250.00 |
| Allan J. DeMars | 2200-000 | N/A | $8.98 | $8.98 | $8.98 |
| Allan J. DeMars | 3110-000 | N/A | $3,632.25 | $3,632.25 | $3,632.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $7,891.23 | $7,891.23 | $7,891.23 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital One Bank | 7100-900 | $31,577.00 | $32,433.75 | $32,433.75 | $7,335.17 |
| Chase Bank | 7100-900 | $10,788.00 | $10,788.83 | $10,788.83 | $2,439.99 |
| Chase Bank | 7100-900 | $16,417.00 | $16,417.32 | $16,417.32 | $3,712.92 |
| Chase Bank | 7100-900 | $19,606.00 | $19,606.21 | $19,606.21 | $4,434.11 |
| Chase Bank | 7100-900 | $4,559.00 | $4,559.85 | $4,559.85 | $1,031.25 |
| Chase Bank | 7100-900 | $8,848.00 | $8,848.00 | $8,848.00 | $2,001.05 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| PYOD LLC successor to Citibank | 7100-900 | $15,417.00 | $15,788.62 | $15,788.62 | $3,570.73 |
| FIA Card Services successor to Bank of America | 7100-900 | $11,423.00 | $11,423.65 | $11,423.65 | $2,583.55 |
| 19 additional unsecured creditors where no claim filed | | $11,144.66 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $129,779.66 | $119,866.23 | $119,866.23 | $27,108.77 |

**EXHIBIT A@ FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No. 09-17653                                                    Trustee Name: Allan J. DeMars

Case Name: JANE K. SWIBEL                                            Date Filed (f) or Converted (c): 5/15/09 (F)

For Period Ending: 12/31/09                                          §341(a) Meeting Date: 6/29/09

                                                                     Claims Bar Date: 10/6/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  cash | 100.00 | 0.00 | DA |  | FA |
| 2  checking account | 100.00 | 0.00 | DA |  | FA |
| 3  security deposit | 1,000.00 | 0.00 | DA |  | FA |
| 4  furniture | 350.00 | 0.00 | DA |  | FA |
| 5  books/pictures | 350.00 | 0.00 | DA |  | FA |
| 6  wearing apparel | 350.00 | 0.00 | DA |  | FA |
| 7  IRA | 1.00 | 0.00 | DA |  | FA |
| 8  1999 Buick LeSabre | 1,000.00 | 0.00 | DA |  | FA |
| 9  interest in husband's marital property(u) | 35,000.00 | 35,000.00 |  | 35,000.00 | FA |

TOTALS (Excluding unknown values)                    35,000.00                         35,000.00

                                                                           (Total Dollar Amount in Column 6)

Major activities affecting case closing: Divorce court division of assets

Initial Projected Date of Final Report (TFR):  10/09            Current Projected Date of Final Report (TFR):  10/28/09

**EXHIBIT 9  FORM 2**

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 09-B-17653  
Case Name: JANE K. SWIBEL  
Taxpayer ID#: 27-6277964  
For Period Ending: 12/31/09

Trustee's Name: Allan J. DeMars  
Bank Name: Bank of America  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking Acct#: 375 556 2256

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 10/26/09 | Ref 9 | Feinberg & Berry clients' trust account | debtor's interest in marital property pursuant to settlement agreement in Divorce Court | 1290-000 | 35,000.00 | | 35,000.00 |
| 12/3/09 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 4,250.00 | 30,750.00 |
| 12/3/09 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 8.98 | 30,741.02 |
| 12/3/09 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 3,632.25 | 27,108.77 |
| 12/3/09 | Check 1004 | Capital One Bank | 726(a)(2); 22.61585% | 7100-900 | | 7,335.17 | 19,773.60 |
| 12/3/09 | Check 1005 | Chase Bank USA NA | 726(a)(2); 22.61585% | 7100-900 | | 2,439.99 | 17,333.61 |
| 12/3/09 | Check 1006 | Chase Bank USA NA | 726(a)(2); 22.61585% | 7100-900 | | 3,712.92 | 13,620.69 |
| 12/3/09 | Check 1007 | Chase Bank USA NA | 726(a)(2); 22.61585% | 7100-900 | | 4,434.11 | 9,186.58 |
| 12/3/09 | Check 1008 | Chase Bank USA NA | 726(a)(2); 22.61585% | 7100-900 | | 1,031.25 | 8,155.33 |
| 12/3/09 | Check 1009 | Chase Bank USA NA | 726(a)(2); 22.61585% | 7100-900 | | 2,001.05 | 6,154.28 |
| 12/3/09 | Check 1010 | PYOD LLC as assignee of Citibank | 726(a)(2); 22.61585% | 7100-900 | | 3,570.73 | 2,583.55 |
| 12/3/09 | Check 1011 | FIA Card Services, successor to Bank of America and MBNA America Bank | 726(a)(2); 22.61585% | 7100-900 | | 2,583.55 | 0.00 |
| | | | | COLUMN TOTALS | 35,000.00 | 35,000.00 | 0.00 |

|  | Less: Bank transfers/CD | | | |
|---|---|---|---|---|
|  | Subtotal | | | |
|  | Less: Payments to debtor(s) | | | |
|  | Net | 35,000.00 | 35,000.00 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| Checking# | 35,000.00 | 35,000.00 | 0.00 |
| Money Market # | | | |
| Savings # | | | |
| CD #CDI | | | |
| Net | 35,000.00 | 35,000.00 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |